United States District Court
District of Connecticut

CASE NO: _____

Tyrone Spears
  Claimant

V.

New Haven Police Department et AL
  Defendant's

V.

John Doe (7)
  Defendant's

Federal Court
141 Church Street
New Haven, Connecticut
06511

Date 10/29/2020

Seeking a sum of $2,000,000

SCANNED at and Emailed 11/2/20 by [initials] 3 pages

## Cause of Action

I the Claimant, Tyrone Spears being of solid mind, is seeking promissions to sue the following individual's in there individual capacity Requesting to Name John Doe's at a later time. and that they be held accountable according to the Law.

Your Honorable Court, this said Claimant Now moves before this Court seeking Justice for Emotional Distress, Hardship, Slander, Intentional Infliction of Emotional Distress and Negligent Infliction of Emotional Distress. Cause by failure to follow proper pro-do-cal during a crime investigations.

-1-

The Claimiant has file a pro se Complaint against all parties Named above, he also alleges that all defendant's was <u>deliberately indifferent</u> in thier professional experience and is seeking a Sum of "two Million ($2,000,000) in emotional damages.

The following is a Summary of the Claimiant allegations set forth in his complaint. ON May 14, 2019 the claimiant was on trial for he did not commit, and was Aquited on all Counts.

Under State and federal rules of Law under the Eighth Amendment.

In <u>Smith v. Wade</u>, 461, U.S. 30, 49-51, 103 S.Ct. 1625 (1983) ("Just as nominal damages are allowed without proof of injury, a punitive award may stand in the absence of actual damages where there has been a Constitutional violation")

Under <u>Fourteenth Amendment</u>, protests all persons from state Laws that attempt to deprive them them of. Life, liberty without due process of the Law.

## Complaint

this suit is being brought pursiant to 42 USC Section 1983 false imprisonment / arrest.

1) This is an action for money damages to redress the deprivation by the defendant's and others of rights secured to the Claimant to be free from false arrest and detention under bodily restraint and the denial of substantive due process rights afforded by the Constitutional and Laws of the United States and the State of Connecticut.

2) The Claimant was placed in custody until the completion of trial in a maximum facility and underwent emotional mishap. The defendant's knew or should have known that being placed in a situation of 23 hour Lock up would cause a dog to be put down due to emotional distress.

3) As direct and proximate result of the action of the defendant's, the Claimant suffer's from emotional distress, including great humiliation, embarrassment anxiety, stress and loss of time with with family and our Kids.

4) in the manner described above, the injuries to the Claimant were the direct and proximate result of the intentional actions of the defendant's

5) Because of the defendant's malicious conduct the claimant suffer from broken bone injuries.

6) The defendant verify's that the claimant was made a target by the parties named in claim.

7) The claimant states that because of failure to follow proper training and pro-du-cul, he (claimant) was put thru emotional treatment not fit human life.

Dated 10/29/ 2020

respectfully submitted
by /s/ Tyrone Spears
Tyrone Spears
Pro Se
Corrigan - Radgowski CI
986 Norwich - New London Tpk
Uncasville, Connecticut
06382

Certification

I hereby state all the information given at this time is true to the best of my knowledge.

-4-